IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO: 4:08-CR- 3   (CDL) |
| | : |
| v. | : VIOLATIONS: |
| | :   18 U.S.C. § 2113(a) |
| ANTHONY JONES | :   18 U.S.C. § 922(g)(1) |
| | :   18 U.S.C. § 924(c)(1)(A) |

THE GRAND JURY CHARGES:

## COUNT ONE

## BANK LARCENY

**18 U.S.C. § 2113(a)**

That on or about November 19, 2007, in the Columbus Division of the Middle District of Georgia,

**ANTHONY JONES,**

defendant herein, did forcibly enter the branch of the Columbus Bank and Trust Company located at 3700 Second Avenue, Columbus, Georgia, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation, with the intent to commit in the bank a larceny of property and money that belonged to and was in the care, custody, control, management, and possession of the bank; all in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

### POSSESSION OF A FIREARM BY A CONVICTED FELON

### 18 U.S.C. § 922(g)(1)

That on or about November 19, 2007, in the Columbus Division of the Middle District of Georgia,

### ANTHONY JONES,

defendant herein, did knowingly possess a firearm in or affecting interstate commerce, to wit: a Bryco Arms .380 caliber handgun, serial number 1327357, and that before the defendant possessed said handgun, he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one (1) year, to wit: Robbery in the First Degree, in Jefferson County, Alabama, on or about May 13, 1998; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

### POSSESSION OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

### 18 U.S.C. § 924(c)(1)(A)

That on or about November 19, 2007, in the Columbus Division of the Middle District of Georgia,

### ANTHONY JONES,

defendant herein, did wilfully and knowingly possess a firearm, to wit: a Bryco Arms .380 caliber handgun, serial number 1327357, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: the offense alleged in

Count One of this indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

                              A TRUE BILL.

                              S/FOREPERSON OF THE GRAND JURY

MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of _____, A.D. 2008.

                    DEPUTY CLERK