# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:08-CR-3-001 (CDL) |
| **ANTHONY JONES** | |

On April 11, 2022, the Court issued a warrant for Anthony Jones for violating the terms of his supervised release based on a Petition for Action filed on the same date. For good and sufficient cause made known to the Court, it is ordered that the Petition for Action filed on April 11, 2022 be dismissed. Accordingly, the bond condition that he be required to reside with his family (Third Party Custodian) is removed.

Respectfully submitted,

James C. Ham
Supervising U.S. Probation Officer

### ORDER OF COURT

For good and sufficient cause, it is ordered that the Petition for Action filed on April 11, 2022, be dismissed. Accordingly, the bond condition that he be required to reside with his family (Third Party Custodian) is removed.

Dated this  23rd  day of  May , 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE